FILED

12/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0473

IN RE THE PARENTING OF:

S.J.W.,

   A Minor Child,

LEIGH PALMERI, f/k/a LEIGH KRISE,

      Petitioner and Appellee,

  and

JEFFREY A. WILLIAMS,

      Respondent and Appellant.

## ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF

Upon the motion of the Department of Public Health and Human Services, Child Support Services Division (CSSD), by counsel, and by good cause appearing,

IT IS HEREBY ORDERED that the Department of Public Health and Human Services, Child Support Services Division shall be allowed to file an *Amicus Curiae* brief due thirty days after the date of Appellant's filing of his initial brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2023